UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK DUANE THOMPSON,

              Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

              Defendant.

Case No. C14-843-TSZ-BAT

**ORDER AFFIRMING THE COMMISSIONER'S DECISION AND DISMISSING THE CASE**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 16, to which no objection was timely filed, does hereby find and **ORDER**:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The Commissioner's decision is **AFFIRMED** and the case is **DISMISSED** with prejudice.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 19th day of November, 2014.

THOMAS S. ZILLY
United States District Judge

ORDER AFFIRMING THE COMMISSIONER'S DECISION AND DISMISSING THE CASE - 1